**Traven Marquet LEE, Plaintiff— Appellant,**

v.

**Jeff FRAZIER, Defendant—Appellee.**

No. 11–7647.

United States Court of Appeals, Fourth Circuit.

Submitted: April 4, 2012.

Decided: April 12, 2012.

Traven Marquet Lee, Appellant Pro Se.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Traven Marquet Lee appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lee v. Frazier,* No. 5:11–ct–03101–F (E.D.N.C. Nov. 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*AFFIRMED.*